IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PIXAR SECURITIES LITIGATION | Master File No. 05-04290 JSW |
| | **ORDER TERMINATING CASE** |
| This Document Relates to Case 05-4619 | |

_____/

*Hoosac v. Pixar*, *et al.*, Case No. 05-4619-JSW was consolidated for all further proceedings with *In re Pixar Securities Litigation*, 05-4290-JSW. The Court closed this matter for administrative purposes only on August 4, 2006. The lead case now has been dismissed and that dismissal applies to all pending actions. (*See* 05-4290, Docket Nos. 86, 87.) Accordingly, the Clerk is hereby directed to terminate this case.

**IT IS SO ORDERED.**

Dated: November 21, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE